| | |
|---|---|
| BEESON SKINNER BEVERLY, LLP<br>  Donald L. Beeson, dbeeson@bsbllp.com<br>    State Bar No. 56532<br>  Brian Beverly, bbeverly@bsbllp.com<br>    State Bar No. 103089<br>One Kaiser Plaza, Suite 750<br>Oakland, CA  94612<br>Tel.:  (510) 832-8700<br>Fax:  (510) 836-2595 | ** E-filed November 3, 2009 ** |

Attorneys for Plaintiff
Charcoal Companion, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARCOAL COMPANION, INCORPORATED, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR Gear, a California corporation<br><br>    Defendants.<br>_____/ | C09-01417 HRL (BZ)<br><br>**STIPULATION AND [Proposed]<br>ORDER RE DISMISSAL** |

    The Parties have entered into a settlement agreement resolving all matters relating to this Action.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all Parties, through their respective counsel that, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure, this Court enter a dismissal of this Action, Case No. C09-01417 HRL (BZ), in its entirety and with prejudice, with the Parties to bear their own costs and attorneys fees.

    IT IS FURTHER STIPULATED that the Honorable Bernard Zimmerman, or other Judge or Magistrate Judge assigned by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the settlement agreement between the Parties

1 | including, but not limited to, the interpretation and enforcement of the terms of the
2 | settlement agreement and/or entry of judgment should the need arise.

Dated:  November 3, 2009          BEESON SKINNER BEVERLY, LLP

                                  By   /s/ Donald L. Beeson
                                       Donald L. Beeson
                                       Attorneys for Plaintiff
                                       Charcoal Companion, Incorporated

Dated: November 3, 2009           CLAASSEN SANTILUKKA, a law partnership

                                  By   /s/ John S. Claassen
                                       John S. Claassen
                                       Attorneys for Defendants
                                       Target Corporation and
                                       National Broom Company
                                       of California, Inc., dba JLR Gear

**IT IS SO ORDERED**:

Dated: November 3, 2009           _____
                                  Hon. Howard R. Lloyd
                                  United States Magistrate Judge

STIPULATION AND [Proposed] ORDER RE DISMISSAL
Case No. C09-01417 HRL (BZ)

2